```
 1   JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
 2
     BRIAN J. STRETCH (CSBN 163973)
 3   Chief, Criminal Division

 4   JEFFREY RABKIN (CSBN 189798)
     Assistant United States Attorney
 5
        450 Golden Gate Avenue, 11th Floor
 6      San Francisco, California 94102
        Telephone: (415) 436-7200
 7      Facsimile: (415) 436-7234
        E-mail: jeffrey.rabkin@usdoj.gov
 8
     Attorneys for Plaintiff
 9                              UNITED STATES DISTRICT COURT

10                             NORTHERN DISTRICT OF CALIFORNIA

11                                   SAN FRANCISCO DIVISION

12   UNITED STATES OF AMERICA,            )   No. CR 10-268 (MHP)
                                          )
13          Plaintiff,                    )   STIPULATION AND [PROPOSED]
                                          )   PROTECTIVE ORDER RE: DISCOVERY
14      v.                                )   OF FINANCIAL ACCOUNT AND
                                          )   IDENTITY INFORMATION
15   JOSEPH J. PUGLIESE,                  )
                                          )
16                                        )
            Defendant.                    )
17   _____ )
```

18      Defendant Joseph J. Pugliese is charged with mail fraud conspiracy, in violation of Title
19  18, United States Code, Section 1349. The United States will produce to counsel for the
20  defendant discovery consisting of business records, financial institution records, law
21  enforcement reports, and other records and documents. Included within this discovery is bank
22  account information (including account numbers) and personal identity information (including,
23  for example, names, dates of birth, social security numbers, and driver's license numbers).
24  Because of the substantial amount of financial account and personal identity information to be
25  produced in this case, and pursuant to Federal Rule of Criminal Procedure 16(d), the parties
26  stipulate, and the hereby Court orders, that disclosure of these materials shall be subject to the
27  following restrictions:
28

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER [CR 10-268 (MHP)]

1.     Except when being actively examined for the purpose of the preparation of the defense, all discovery containing financial account and personal identity information produced by the United States to counsel for the defendant shall be maintained in an area that is accessible only to defense counsel or other attorneys and employees of counsel's law office.  Defense counsel shall not permit any person access of any kind to the discovery except as set forth below.

2.     The following individuals may examine the discovery for the purpose of preparing the defense:

    (a)    Counsel for the defendant, and any other attorneys, paralegals, or investigators in counsel's law office;

    (b)    The defendant, but only in the presence of defendant's counsel; and

    (c)    Any outside expert retained by the defense to analyze the discovery in this matter.

3.     A copy of this Order shall be maintained with the discovery at all times.

4.     No other person may be allowed to examine the discovery without further court order.

5.     All pleadings will comply with Federal Rule of Criminal Procedure 49.1 regarding redaction of certain identifying information.

6.     Within 30 days of the judgment and sentencing hearing in this matter, or within 30 days of any other resolution of the case, all material provided to defense counsel pursuant to this Order, and all other authorized copies, if any, shall be returned to the United States.  If an appeal is noticed and defense counsel continue to represent the defendant on appeal, defense

///
///
///
///
///
///
///

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER [CR 10-268 (MHP)]   -2-

counsel may continue to retain possession of the materials according to the terms of this Order until the conclusion of the matter in the Court of Appeals.

IT IS SO STIPULATED:

DATED: April ___, 2010

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
Jeffrey Rabkin
Assistant United States Attorney

DATED: April 20, 2010

_____/s/_____
M. Gerald Schwartzbach, Esq.
Attorney for defendant Joseph J. Pugliese

**IT IS SO ORDERED**.

DATED: April 22, 2010

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] INTERIM
PROTECTIVE ORDER [CR 10-268 (MHP)]   -3-