JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

JEFFREY RABKIN (CSBN 189798)
Assistant United States Attorney

    450 Golden Gate Avenue Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436–7167
    Facsimile:  (415) 436-7234
    jeffrey.rabkin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 10-268 (MHP) |
|     Plaintiff, ) | |
| ) | STIPULATION AND [P~~ROPOSED~~] ORDER |
| ) | EXCLUDING TIME UNDER SPEEDY TRIAL |
|     v. ) | ACT FROM MAY 24, 2010 TO JULY 12, 2010 |
| ) | |
| JOSEPH J. PUGLIESE, ) | |
|     Defendant. ) | |

    The parties appeared before the Honorable Marilyn H. Patel on May 24, 2010. With the agreement of counsel for both parties, the Court finds and holds as follows:

    1. The government has produced discovery and the parties have engaged in meaningful plea discussions relating to a disposition that will address the charges currently pending in this Court.

    2. The parties agree to an exclusion of time under the Speedy Trial Act from May

STIP & [PROP.] ORDER
CR 10-268 MHP

24, 2010 to July 12, 2010, in light of the need for defense counsel to review the discovery material.  Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would deny the defendant continuity of counsel.

    3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from May 24, 2010 to July 12, 2010 outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  Accordingly, and with the consent of the defendant, the period from May 24, 2010 to July 12, 2010 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

    4. It is expected that at the next court appearance on July 12, 2010, either the parties will notify the Court that they wish to set a date for a change of plea or the Court will set dates for motions and/or trial.

    IT IS SO STIPULATED.

DATED: May 24, 2010                        _____/s/_____
                                                      JEFFREY RABKIN
                                                      Assistant United States Attorney

DATED: May 24, 2010                        _____/s/_____
                                                     M. GERALD SCHWARTZBACH, ESQ.
                                                     Attorney for Defendant

    IT IS SO ORDERED.

DATED:__5/25/2010_____            _____
                                                     HON. MARILYN H. PATEL
                                                     United States District Court



STIP & [PROP.] ORDER
CR 10-268 MHP                    2