~~PROPOSED~~ ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Bernard Zimmerman<br>U.S. Magistrate Judge | RE: | JOSEPH J. PUGLIESE |
| FROM: | Roy Saenz, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR 10 0268 MHP |
| DATE: | June 1, 2010 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

**Kenneth J. Gibson**              415-436-7501
U.S. Pretrial Services Officer     Telephone Number

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No.
_____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☐ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

    a. The defendant shall maintain current employment and provide verification, or if unemployed shall seek and maintain verifiable employment;

    b. The defendant shall not change residence without prior approval from Pretrial Services;

    c. The defendant shall refrain from the <u>excessive</u> use of alcohol; and

    d. The defendant shall refrain from any use or unlawful possession of a narcotic drug and other controlled substances without a legal prescription.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

_____

**JUDICIAL OFFICER**                                   3 June 2010
                                                       **DATE**

Cover Sheet (06/02/08)