1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  JEFFREY RABKIN (CSBN 189798)
   Assistant United States Attorney
5
   450 Golden Gate Avenue Box 36055
6  San Francisco, CA 94102
   Telephone: (415) 436–7167
7  Facsimile:  (415) 436-7234
   jeffrey.rabkin@usdoj.gov
8
   Attorneys for Plaintiff
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No.: CR 10-268 (MHP) |
|---|---|
| Plaintiff, | ) |
|  | ) STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER EXCLUDING TIME UNDER SPEEDY TRIAL ACT FROM JULY 12, 2010 TO AUGUST 2, 2010 |
| v. | ) |
| JOSEPH J. PUGLIESE, | ) |
| Defendant. | ) |

The parties appeared before the Honorable Marilyn H. Patel on July 12, 2010. With the agreement of counsel for both parties, the Court finds and holds as follows:

1. The government has produced discovery and the parties have engaged in meaningful plea discussions relating to a disposition that will address the charges currently pending in this Court.

2. The parties agree to an exclusion of time under the Speedy Trial Act from July

STIP & [PROP.] ORDER
CR 10-268 MHP

12, 2010 to August 2, 2010, in light of the need for defense counsel to review the discovery material. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from July 12, 2010 to August 2, 2010 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). Accordingly, and with the consent of the defendant, the period from July 12, 2010 to August 2, 2010 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

    4. The parties anticipate that the defendant will enter a change of plea on the next court appearance on August 2, 2010.

    IT IS SO STIPULATED.

DATED: July 12, 2010                    _____/s/_____
                                                      JEFFREY RABKIN
                                                      Assistant United States Attorney

DATED: July 12, 2010                    _____/s/_____
                                                      M. GERALD SCHWARTZBACH, ESQ.
                                                      Attorney for Defendant

    IT IS SO ORDERED.

DATED:__July 13, 2010_____        _____
                                                            HON. MARILYN H. PATEL
                                                          United States District Judge

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: "IT IS SO ORDERED" signed Judge Marilyn H. Patel]*